384 A.2d 993

Costello v. Nationwide Insurance Company, Appellant.

Argued November 21, 1977.   William J. Ivill, Jr., for appellant;  Charles D. Coll, for appellee.

Order affirmed.